841 F.Supp. 1220

SURAMERICA DE ALEACIONES LAMINADAS, C.A., CONDUCTORES DE ALUMINIO DEL CARONI, C.A., INDUSTRIA DE CONDUCTORES ELECTRICOS, C.A., AND CORPORACION VENEZOLANA DE GUAYANA, PLAINTIFFS *v.* UNITED STATES, U.S. INTERNATIONAL TRADE COMMISSION, AND U.S. DEPARTMENT OF COMMERCE, DEFENDANTS, AND SOUTHWIRE CO., DEFENDANT-INTERVENOR

Court No. 88–09–00726

(Dated September 22, 1993)

## AMENDED JUDGMENT

MUSGRAVE, *Judge:* Upon the motion of the parties, the Judgment accompanying Slip. Op. 93–144 is hereby amended as follows:

This case having been duly submitted for decision and the Court, after due deliberation, having rendered a decision herein; now, in conformity with said decision, it is hereby

ORDERED, ADJUDGED, and DECREED that the remand determination filed by the International Trade Commission on June 2, 1993, be, and the same is hereby affirmed.